**Motion Granted; Order filed October 10, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00773-CR

_____

### EXPARTE STEPHEN KYLE HELMCAMP

**On Appeal from the County Court**
**Colorado County, Texas**
**Trial Court Cause No. 21,179-A**

## ORDER

Appellant is represented by retained counsel on appeal, Nancy B. Barohn. On February 6, 2013, counsel filed a motion to withdraw as appellate counsel because appellant appears to have abandoned his appeal. Accordingly, we enter the following order.

We ORDER the judge of the County Court to consider counsel's request to withdraw. It is a well established principle of federal and state law that no constitutional right to counsel exists on a writ of habeas corpus. *Ex parte Graves*, 70 S.W.3d 103, 110 (Tex. Crim. App. 2002). If current counsel is permitted to withdraw, the judge shall (1) conduct a hearing, at which appellant, appellant's

counsel, and state's counsel shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute his appeal; and (2) prepare a record, in the form of a reporter's record, of the hearing. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a transcribed record of the hearing, a videotape or compact disc, if any, containing a recording of the video teleconference, and a supplemental clerk's record containing the findings and conclusions. If appellant is unavailable, the judge shall make appropriate findings. Those records shall be filed with the clerk of this court on or before **November 7, 2013**.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this Court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

It is so ORDERED.


PER CURIAM